RECEIVED
2011 FEB -9  A 11: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BY FAX

JOHN F. CANNON, State Bar No. 149263
  jcannon@sycr.com
KATHLEEN MARCUS, State Bar No. 199857
  kmarcus@sycr.com
MAREN B. HUFTON, State Bar No. 253445
  mhufton@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants
PURPLE COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES ex rel. <br><br> JAMES METZGER, <br><br>   Plaintiff, <br><br>   vs. <br><br> PURPLE COMMUNICATIONS, INC.; GOAMERICA RELAY SERVICES CORP.; PURPLE LANGUAGE SERVICES CO. (f/k/a HANDS ON VIDEO RELAY SERVICES, INC.); DOES 1-10, inclusive, <br><br>   Defendants. | CASE NO. CV 09 5329 <br><br> [PROPOSED] ORDER <br><br> Judge: Maria Elena James <br> Dept: Courtroom B, 15th Floor <br><br> Complaint Filed: November 10, 2009 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER

DOCSOC/1463956v1/101115-0025

## ~~PROPOSED~~ ORDER

The Purple Defendants' shall have through March 18, 2011 to respond to the First Amended Complaint.

The Case Management Conference is continued until April 21, 2011.

All other related deadlines in this action are continued for thirty (30) days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 11, 2011

_____
Hon. Maria Elena James
United States Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     )  ss
COUNTY OF ORANGE     )

I am employed by Stradling Yocca Carlson & Rauth in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422. My email address is dtrulli@sycr.com. On February 9, 2011, I served the within documents: **[PROPOSED] ORDER**

[X] **By United States mail.** I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I enclosed the above-referenced document(s) in a sealed envelope or package addressed to the person(s) at the address(es) as set forth below, and following ordinary business practices I placed the package for collection and mailing on the date and at the place of business set forth above.

[ ] **By overnight delivery.** I enclosed the above-referenced document(s) in an envelope or package designated by an overnight delivery carrier with delivery fees paid or provided for and addressed to the person(s) at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By messenger service.** I served the above-referenced document(s) by placing them in an envelope or package addressed to the person(s) at the address(es) listed below and provided them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

[ ] **By electronic service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the above-referenced document(s) to be sent to the person(s) at the electronic address(es) listed below.

*SEE ATTACHED SERVICE LIST*

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 9, 2011 at Newport Beach, California.

*/s/ Danielle Trulli*
Danielle Trulli

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

PROOF OF SERVICE

DOCSOC/1463956v1/101115-0025

*United States ex re., James Metzger v. Purple Communications, Inc., et al.*
USDC Case No.: CV 09 5329

1
2
3  Louis A. Highman, Esq.
   Bruce J. Highman, Esq.
4  HIGHMAN, HIGHMAN & BALL
   870 Market Street, Suite 467
5  San Francisco, CA 94102
   Telephone: (415) 982-5563
6  Facsimile: (415) 982-5202

7  Steven J. Saltiel
   Assistant United States Attorney
8  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102

9  Jonathan M. Phillips
10 U.S. Department of Justice
   P.O. Box 261
11 Ben Franklin Station
   Washington, D.C. 20044

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STRADLING YOCCA
CARLSON & RAUTH

-2-
PROOF OF SERVICE