JOHN F. CANNON, State Bar No. 149263
  jcannon@sycr.com
KATHLEEN MARCUS, State Bar No. 199857
  kmarcus@sycr.com
MAREN B. HUFTON, State Bar No. 253445
  mhufton@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660-6422
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100

Attorneys for Defendants
PURPLE COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| UNITED STATES ex rel. <br><br> JAMES METZGER, <br><br> Plaintiff, <br><br> vs. <br><br> PURPLE COMMUNICATIONS, INC.; GOAMERICA RELAY SERVICES CORP.; PURPLE LANGUAGE SERVICES CO. (f/k/a HANDS ON VIDEO RELAY SERVICES, INC.); DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 09 5329 <br><br> [PROPOSED] ORDER <br><br> Judge: Maria Elena James <br> Dept: Courtroom B, 15th Floor <br><br> Complaint Filed: November 10, 2009 |

## ~~PROPOSED~~ ORDER

The Purple Defendants' shall have through April 18, 2011 to respond to the First Amended Complaint.

The Case Management Conference is continued until May 26, 2011.

All other related deadlines in this action are continued for thirty (30) days.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2011

_____
Hon. Maria-Elena James
United States Magistrate Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

[PROPOSED] ORDER

LITIOC/2001153v1/101115-0025

# CERTIFICATE OF SERVICE

I certify that on <u>March 17, 2011</u> the foregoing document: **[PROPOSED] ORDER** was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Bruce Highman, Esq.<br>Highman Highman & Ball<br>870 Market Street, #467<br>San Francisco, CA 94102<br>Telephone: (415) 982-5564<br>Fax: (415) 982-5202<br>Email: bruce.highman@highman-ball.com | |

*[signature]*
Signature
CLARIN C. CHEEK

March 17, 2011
Date