1  JOHN F. CANNON, State Bar No. 149263
   jcannon@sycr.com
2  KATHLEEN MARCUS, State Bar No. 199857
   kmarcus@sycr.com
3  MAREN B. HUFTON, State Bar No. 253445
   mhufton@sycr.com
4  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
5  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
6  Facsimile:  (949) 725-4100

7  Attorneys for Defendants
   PURPLE COMMUNICATIONS, INC.
8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO

12 | UNITED STATES ex rel. | CASE NO. CV 09 5329 |
|---|---|
13 | JAMES METZGER, | [~~PROPOSED~~] ORDER |
14 | Plaintiff, | |
15 | vs. | Judge:  Maria Elena James<br>Dept:  Courtroom B, 15th Floor |
16 | PURPLE COMMUNICATIONS, INC.;<br>GOAMERICA RELAY SERVICES | Complaint Filed:  November 10, 2009 |
17 | CORP.; PURPLE LANGUAGE<br>SERVICES CO. (f/k/a HANDS ON | |
18 | VIDEO RELAY SERVICES, INC.);<br>DOES 1-10, inclusive, | |
19 | | |
20 | Defendants. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER

LITIOC/2003204v1/101115-0025

## ~~PROPOSED~~ ORDER

3   The Purple Defendants' shall have through June 17, 2011 to respond to the
4   First Amended Complaint.

6   The Case Management Conference is continued until  August 4  , 2011.

8   All other related deadlines in this action are continued for thirty (30) days.

10  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated:  May 19  , 2011

    Hon. Maria-Elena James
    United States Magistrate Judge

-1-

[PROPOSED] ORDER

LITIOC/2003204v1/101115-0025

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

# CERTIFICATE OF SERVICE

I certify that on May 18, 2011 the foregoing document: **[PROPOSED] ORDER** was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Bruce Highman, Esq.<br>Highman Highman & Ball<br>870 Market Street, #467<br>San Francisco, CA 94102<br>Telephone: (415) 982-5564<br>Fax: (415) 982-5202<br>Email: bruce.highman@highman-ball.com | |
| | |
| | |
| | |
| *Clarin Cheek*<br>Signature<br>CLARIN C. CHEEK | May 18, 2011<br>Date |

-1-

CERTIFICATE OF SERVICE

STRADLING YOCCA
CARLSON & RAUTH