JOHN F. CANNON, State Bar No. 149263
 jcannon@sycr.com
KATHLEEN MARCUS, State Bar No. 199857
 kmarcus@sycr.com
MAREN B. HUFTON, State Bar No. 253445
 mhufton@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants
PURPLE COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| UNITED STATES ex rel. <br><br> JAMES METZGER, <br><br> Plaintiff, <br><br> vs. <br><br> PURPLE COMMUNICATIONS, INC.; GOAMERICA RELAY SERVICES CORP.; PURPLE LANGUAGE SERVICES CO. (f/k/a HANDS ON VIDEO RELAY SERVICES, INC.); DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. CV 09 5329 <br><br> [PROPOSED] ORDER <br><br> Judge: Maria Elena James <br> Dept: Courtroom B, 15th Floor <br><br> Complaint Filed: November 10, 2009 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER

LITIOC/2002214v5/101115-0025

~~PROPOSED~~ ORDER

Upon consideration of the Stipulation of Dismissal With Prejudice in this matter of United States ex rel. Metzger v. Purple Communications, Inc., et al., No. CV 09 5329 ("the Action"), filed by Relator and Defendants, and consented to by the United States of America, it is hereby:

ORDERED, that the Action is dismissed as follows:

1. Pursuant to and consistent with the terms of the Settlement Agreement and Mutual Release between Relator and Defendants, effective May 20, 2011 (the "Settlement Agreement"), the Action shall be dismissed in its entirety. Claims filed by the Relator are dismissed with prejudice. Such dismissal will be without prejudice to the United States.

2. As stipulated by the Parties, no Party shall seek from the Court or file a request with the Court for costs or attorneys' fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 24, 2011

_____
Hon. Maria-Elena James
United States Magistrate Judge

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

-1-

[PROPOSED] ORDER